**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 04-1210**

———————————

UNITED STATES OF AMERICA; OFFICE OF FEDERAL
HOUSING, Enterprise Oversight,

                                    Petitioners - Appellees,

        versus

VAUGHN CLARKE,

                                    Respondent - Appellant.

———————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge. (CA-
03-3440-DKC)

———————————

Submitted:  December 3, 2004       Decided:  January 21, 2005

———————————

Before WILKINSON, LUTTIG, and SHEDD, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Steven M. Salky, ZUCKERMAN SPAEDER L.L.P., Washington, D.C., for
Appellant.  Peter D. Keisler, Assistant Attorney General, Mark
Stern, Jeffrey A. Wadsworth, UNITED STATES DEPARTMENT OF JUSTICE,
Washington, D.C., for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Vaughn Clarke appeals the district court's order granting the Government's petition for summary enforcement of an administrative subpoena and ordering Clarke to comply with the subpoena. We have reviewed the parties' submissions on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Clarke, No. CA-03-3440-DKC (D. Md. Feb. 6, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED